# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 19, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158394

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
             Plaintiff-Appellee,

v                                        SC:  158394
                                         COA:  342316
                                         Oakland CC:  2016-259655-FH
VANESSA AIDEE MANSOUR,
             Defendant-Appellant.

_____/

        On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



s0416

        I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 19, 2019



                                         Clerk